UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>$64,800.00 IN U.S. CURRENCY,<br>　　　　Defendant. | )<br>)<br>) **05 1044  NMG**<br>) Civil Action No.<br>)<br>)<br>) |

### WARRANT AND MONITION

To:  The United States Marshal for the District of Massachusetts, or his Deputies

We Command You that you give notice to all persons concerned that a Verified Complaint for Forfeiture In rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant $64,800.00 in United States Currency (the "Defendant Currency"), pursuant to Title 21, United States Code, Section 881(a)(6).

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1)  Publishing notice of the United States' intent to forfeit the Defendant Currency at least once for three (3) successive weeks in the Boston Herald or any other newspaper having a general circulation in this District; and

(2)  Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Paul M. Sahady, Esquire
Sahady Associates, P.C.
399 North Main Street
Fall River, MA 02720

```
Donald Dupras Jr.
Jail Pima MSF 5A15-BED1
P.O. Box 951
Tucson, AZ 85702
Fall River, MA 02720

Crystal Sullivan
610 Durfee Street, 1st Floor
Fall River, MA 02720

Jason Sullivan
610 Durfee Street, 2nd Floor
Fall River, MA 02720
```

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed party by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Currency in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Currency, or assert that the Defendant Currency should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT CURRENCY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS

BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION ASSET FORFEITURE GROUP.

Sarah Thornton
~~Tony Anastas~~, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: ___4/8___, 2005

APPROVED AND SO ORDERED:
_____
United States District Judge
Date: ___April 8___, 2005