UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 05-10447-NMG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff<br><br>v.<br><br>$64,800.00 IN U.S. CURRENCY,<br>　　　　　　　Defendant | APPEARANCE OF COUNSEL |

　　　Now comes Michael S. Sahady, Esquire and enters his appearance as counsel for Crystal Sullivan and Donald Dupras, Jr., the claimants in the above matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　SAHADY ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Michael S. Sahady
　　　　　　　　　　　　　　　　399 North Main Street
　　　　　　　　　　　　　　　　Fall River, MA 02720
　　　　　　　　　　　　　　　　508-674-9444
　　　　　　　　　　　　　　　　BBO# 437820

Dated: May 13, 2005

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430