UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 05-10447-NMG

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br> )<br>v. )<br> )<br>$64,800.00 IN U.S. CURRENCY, )<br>Defendant )<br> ) | APPEARANCE OF COUNSEL |

    Now comes Paul M. Sahady, Esquire and enters his appearance as counsel for Crystal Sullivan and Donald Dupras, Jr., the claimants in the above matter.

Respectfully submitted,

SAHADY ASSOCIATES, P.C.

*/s/ Paul M. Sahady*
Paul M. Sahady
399 North Main Street
Fall River, MA 02720
508-674-9444
BBO# 567803

Dated: May 13, 2005

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430