UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 05-10447-NMG

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> v. <br><br> $64,800.00 IN U.S. CURRENCY, <br> Defendant | ANSWER TO COMPLAINT <br> FOR FORFEITURE |

Now come Crystal Sullivan and Donald Dupras, Jr., and for answer to the complaint for forfeiture in rem in the above-captioned matter say as follows:

1. Crystal Sullivan and Donald Dupras, Jr., admit the allegations contained in paragraph 1 of the government's complaint.

2. Crystal Sullivan and Donald Dupras, Jr., admit the allegations contained in paragraph 2 of the government's complaint.

3. Crystal Sullivan and Donald Dupras, Jr., deny each and every allegation contained in paragraph 3 of the government's complaint and as contained in the Affidavit of John Faria.

4. Crystal Sullivan and Donald Dupras, Jr., deny that the Defendant Currency is subject to seizure and forfeiture.

WHEREFORE, Crystal Sullivan and Donald Dupras, Jr., request the Honorable Court that it deny forfeiture of the Defendant Currency and that the Defendant Currency be ordered returned to its rightful owners, Crystal Sullivan and Donald Dupras, Jr.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

### FIRST AFFIRMATIVE DEFENSE

The government has failed to file its complaint 90 days after the filing of the claim by Crystal Sullivan and Donald Dupras, Jr., as it is required to do so by law.

### SECOND AFFIRMATIVE DEFENSE

The government's complaint is insufficiently particularized.

### THIRD AFFIRMATIVE DEFENSE

The claimants were not offered an opportunity to be heard subsequent to the seizure and the seizure of the currency is therefore invalid.

### FOURTH AFFIRMATIVE DEFENSE

The claimants were at all times innocent owners of the currency.

### CLAIMANTS DEMAND TRIAL BY JURY ON ALL ISSUES

Respectfully submitted,

By its attorney,
SAHADY ASSOCIATES, P.C.

_____
Michael S. Sahady
399 North Main Street
Fall River, MA 02720
508-674-9444
BBO# 437820

Dated: May 13, 2005

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

## CERTIFICATE OF SERVICE

I, Paul M. Sahady, counsel for **CRYSTAL SULLIVAN and DONALD DUPRAS, JR.**, claimants to the defendant, **$64,800.00 in U.S. CURRENCY**, hereby certify that I have this day served a copy of the within:

*APPEARANCE OF COUNSEL for Michael S. Sahady;*
*APPEARANCE OF COUNSEL for Paul M. Sahady;*
*CLAIM TO DEFENDANT CURRENCY; and*
*ANSWER TO COMPLAINT FOR FORFEITURE*

Said service was made by sending, Federal Express, a copy of same this day to:

Jennifer H. Zacks, Assistant U.S. Attorney
U.S. Department of Justice
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Sworn and subscribed to under the pains and penalties of perjury this 13th, day of May, 2005.

_____
Michael S. Sahady

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430