UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 05-10447-NMG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>$64,800.00 IN U.S. CURRENCY,<br>Defendant | CLAIM TO<br>DEFENDANT CURRENCY |

Now come Crystal Sullivan and Donald Dupras, Jr., and make claim to the Defendant Currency in the above-captioned matter and for reasons therefore, state the following:

On August 20th, 2004 members of the Fall River Massachusetts Police Department under the color of law entered a multi family dwelling located at 610 Durfee Street, Fall River, Massachusetts. At the time of entry Fall River Police were investigating a Jason Sullivan, Debra Breault and George Breault, occupants of the second floor apartment. The Fall River Police Department had obtained a search warrant authorizing the search of the second floor of that dwelling. In application for the relevant Search Warrant, numbered 7478, Detective Gauvin of the Fall River Police Department filed an affidavit. Review of that Affidavit, clearly indicates that as a result of an investigation and surveillance Jason Sullivan was the target of that search. There is no mention of Donald Dupras, Jr., or Crystal Sullivan in either the Search Warrant or Affidavit. Copies of each are hereto attached and marked Exhibit "1".

In the execution of the Search Warrant, the Fall River Police went well beyond the scope of that warrant, searching the basement commonly used by all residents of that multi

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

family dwelling. During the course of searching that basement, the police encountered a locked room. Forced entry was made and a safe was found within that room. Police then questioned all of the residents of that dwelling, not only those targeted by the warrant, inquiring as to the ownership of that safe. Crystal Sullivan, a resident of the first floor apartment and present at the time of the search, advised the Fall River Police that she had control of the safe. She further advised the police that the safe and its contents belonged to her fiancée, who also resided at that address, Donald Dupras, Jr. Mr. Dupras was not present at the time of the search. Police then ordered Ms. Crystal Sullvian to open the safe failing which they would blow it open. The 610 Durfee Street dwelling was occupied not only by those mentioned above, but also the child of Crystal Sullivan and Donald Dupras, Jr., Mason Dupras. The child was less than one year of age at that time. Fearing the use of explosives directly underneath her apartment, she contacted counsel. She then acquiesced to detective's demands and opened the safe. The safe did not contain any contraband or any items otherwise illegal. The Fall River Police then removed all of its contents and seized the same. Despite requests made by both Crystal Sullivan and Donald Dupras, Jr., the Fall River Police Department refused to return the contents of the safe. Rather, Ms. Sullivan was provided with a hand written unsigned list of the safe's contents as seized by the Fall River Police Department. Attached hereto and marked Exhibit "2" is a copy of the contents of that safe as provided by the Fall River Police Department subsequent to the seizure.

When the Search Warrant was returned to the Fall River District Court, the return of the officers executing the Search Warrant did not include any of the safe's contents; attached and contained within Exhibit "1". This clearly shows that even the Fall River Police did not

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

consider the contents of that safe to be a legitimate product of that Search Warrant or in any way connected to the investigation and surveillance conducted in application for that warrant.

Donald Dupras and Crystal Sullivan now make claim to the seized currency relying on Title 18, U.S.C., Section 983. Clearly the subject of this seizure was not seized in a manner provided for under either the Federal Rules of Criminal Procedure or those set out by the Commonwealth of Massachusetts. The Fall River Police Department went well beyond the parameters of the search warrant. The Search Warrant cannot be license to go on a fishing expedition. Without probable cause or any justification, the police executed a search of all areas within the dwelling without consideration for the limitations set by the search warrant or federal and state laws. It is clear from the contents of that safe that the safe belongs to Donald Dupras, Jr. and not the target of the investigation or warrant. The safe contained Dupras' personal property and in now way is related to the subject of the search warrant or any criminal activity. Neither the Fall River Police Department nor any other law enforcement agency can offer any connection between the currency seized and criminal activity as required by law. In fact, Mr. Dupras can clearly show the source of that currency. Mr. Dupras has been continually employed and is a union laborer, specifically a drywaller. He earns an income ranging from $30,000.00 and $60,000.00 a year. Until June of this year, Mr. Dupras was also the owner of commercial property. Several years ago Mr. Dupras purchased dilapidated property located at 1641 South Main Street, Fall River, Massachusetts. He expended significant time and effort to restore that property making it a desirable commercial location rented to several businesses with residential apartments above those commercial businesses. In the 2003 tax year alone Mr. Dupras' property generated $63,900.00 in income which was declared in his state and federal returns, copy of which is attached hereto and

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

marked Exhibit "3". For the several years Mr. Dupras owned that property rents were collected, a substantial amount of which was paid to Mr. Dupras by the tenants in cash. The funds received were properly recorded and declared. Mr. Dupras, over several years, had taken the accumulated cash along with other important items and placed them within a safe at his residential dwelling. It was that property which the Fall River Police seized.

The burden of proof here lies with the government. The information above is offered merely to show that the claim made by Donald Dupras, Jr. and Crystal Sullivan is in no way frivolous. Given the facts of this case, it is impossible for the government to ever reach its burden of establishing that the property is a proper subject for forfeiture, by any standard. There is no evidence that the seized property was used to facilitate the commission of a crime. There is no evidence that establishes a connection between the property and any offense. Therefore, Mr. Dupras and Crystal Sullivan demand the immediate return of their property, the improperly and illegally seized funds.

Respectfully submitted,

By Its Attorney,
SAHADY ASSOCIATES, P.C.

Paul M. Sahady
399 North Main Street
Fall River, MA 02720
508-674-9444
BBO# 567803

Dated: May 13, 2005

We hereby attest that the facts herein alleged are true, excepting those made on information and belief, and as to those, we believe them to be true.

1. We have personal knowledge of all facts recited in this claim.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

2.     We are the owners of the seized property.

3.     The claim made is not frivolous.

_____
Donald Dupras, Jr.

_____
Crystal Sullivan

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss             FALL RIVER           MAY 13, 2005

On this ____ day of May, 2005, before me, the undersigned notary public, personally appeared DONALD DUPRAS proved to me through satisfactory evidence of identification, which was MA Identification # S86842946 to be the person whose name is signed on the preceding document, and CRYSTAL SULLIVAN proved to me through satisfactory evidence of identification, which was MA License # S84504966 signed on the preceding document, and acknowledged to me that they signed it voluntarily for its stated purpose.

_____
Sandy Monteiro, Notary Public
My Commission Expires: 4/16/2010

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430