UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>$64,800 IN U.S. CURRENCY<br><br>　　　　　　Defendant.<br>_____<br>DONALD J. DUPRAS, JR., and<br>CRYSTAL SULLIVAN<br>　　　　　　Claimants | Civil Action No. 05-10447-NMG |

### JOINT MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, and claimants, Donald J. Dupras, Jr., and Crystal Sullivan ("the claimants"), by their attorney, hereby move for entry of a Judgment and Order of Forfeiture as set forth in the document filed herewith.

In support of this Motion, the parties state that the United States and the Claimants, through their attorneys, have reached a settlement of this case. This settlement includes the agreement of the United States to forbear from seeking the forfeiture of the entire $64,800 in U. S. Currency (the "Defendant Currency"), and the agreement by each of the Claimants to the forfeiture of a portion of their interest in the Defendant Currency. Specifically, Claimants, Donald J. Dupras, Jr. and Crystal Sullivan, jointly agree to forfeit to the United States $50,000 in U.S. Currency. A copy of the stipulation of settlement between the parties is

attached hereto as Exhibit 1.

In accordance with the attached Stipulation of Settlement, the parties have agreed to the entry of the attached Judgment and Order of Forfeiture, which shall be the final judgment in this civil forfeiture action.

WHEREFORE, the parties jointly request that this Court enter the attached proposed Final Judgment and Order of Forfeiture.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: _____  By: _____
Paul M. Sahady, Esq.           Jennifer H. Zacks
Sahady & Associates            Assistant U.S. Attorney
390 North Main Street          1 Courthouse Way
Fall River, MA 02720           Suite 9200
508-674-9444                   Boston, MA 02210
                               (617) 748-3100

Dated: 8/10/05 , 2005

N:\JJamieson\J. Zacks\$64,800\Motion for Final Judgment Order of Forfeiture.wpd

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>$64,800 IN U.S. CURRENCY<br><br>        Defendant.<br>_____<br>DONALD J. DUPRAS, JR., and<br>CRYSTAL SULLIVAN<br>        Claimants | )<br>)<br>)<br>)  Civil Action No. 05-10447-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

GORTON, NATHANIEL M.

    The above-captioned case having come before this Court, and the Court being fully advised of the settlement agreement between the United States and the claimants, Donald J. Dupras, Jr., and Crystal Sullivan,

    It is hereby ORDERED, ADJUDGED and DECREED:

    1.   In accordance with the provisions of the settlement agreement, $50,000 in U.S. Currency is hereby forfeited to the United States;

    2.   The United States Marshals Service shall retain custody of the forfeited $50,000 in U.S. Currency and shall dispose of it in accordance with law;

    3.   The forfeiture action against the in rem defendant, $64,800 in U.S. Currency shall be dismissed with prejudice;

    4.   The parties have agreed that the settlement of this

matter upon the terms and conditions set forth herein and in the settlement agreement shall be in full, final, and complete satisfaction of any and all civil claims relating to the claimant arising out of the seizure and forfeiture of the Defendant Currency, and all rights of appeal in this civil forfeiture case have been waived. Each party shall bear its own costs.

    5. This Court shall retain jurisdiction in this case to enforce the provisions of this order and the stipulation of settlement entered into between the United States and the claimants.

APPROVED AND SO ORDERED;

_____
NATHANIEL M. GORTON
United States District Judge

Date: _____, 2005