UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff,       )<br>                              )<br>    v.                        )<br>                              )<br>$64,800 IN U.S. CURRENCY      )<br>                              )<br>            Defendant.        )<br>_____)<br>DONALD J. DUPRAS, JR., and    )<br>CRYSTAL SULLIVAN              )<br>            Claimants         ) | Civil Action No. 05-10447-NMG |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

GORTON, NATHANIEL M.

The above-captioned case having come before this Court, and the Court being fully advised of the settlement agreement between the United States and the claimants, Donald J. Dupras, Jr., and Crystal Sullivan,

It is hereby ORDERED, ADJUDGED and DECREED:

1. In accordance with the provisions of the settlement agreement, $50,000 in U.S. Currency is hereby forfeited to the United States;

2. The United States Marshals Service shall retain custody of the forfeited $50,000 in U.S. Currency and shall dispose of it in accordance with law;

3. The forfeiture action against the in rem defendant, $64,800 in U.S. Currency shall be dismissed with prejudice;

4. The parties have agreed that the settlement of this

matter upon the terms and conditions set forth herein and in the settlement agreement shall be in full, final, and complete satisfaction of any and all civil claims relating to the claims arising out of the seizure and forfeiture of the Defendant Currency, and all rights of appeal in this civil forfeiture case have been waived.  Each party shall bear its own costs.

    5.    This Court shall retain jurisdiction in this case to enforce the provisions of this order and the stipulation of settlement entered into between the United States and the claimants.

APPROVED AND SO ORDERED;

*/s/ Nathaniel M. Gorton*
NATHANIEL M. GORTON
United States District Judge

Date: __Oct. 11__, 2005